474 A.2d 679

Cottom, Appellant, v. Cherry.

Argued March 21, 1984. John J. Fomash, III, for appellant; William B. Brooks, for appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Order affirmed.